UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM SMITH LYNCH,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>TERESER A. BANKS, WARDEN,<br><br>　　　　　Respondent. | ) CASE NO. CV 09-2133-DOC (PJW)<br>)<br>)<br>) J U D G M E N T<br>)<br>)<br>)<br>) |

　　For the reasons set forth in the Order filed this date, it is hereby adjudged and decreed that the Petition is denied and the action is dismissed with prejudice.

DATED: _April 18, 2010_.

　　　　　　　　　　　　　　　_David O. Carter_
　　　　　　　　　　　　　　　DAVID O. CARTER
　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

S:\PJW\Cases-Federal Habeas\SMITH, W 2133\Judgment.wpd